1018

[No. 65876-0-I. Division One. February 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DWIGHT COUSINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06958-8, Douglass A. North, J., entered July 26, 2010. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Schindler, JJ.

[No. 66368-2-I. Division One. February 19, 2013.]

DONALD B. BURKHOLDER, *Appellant*, v. THE CITY OF SAMMAMISH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-25032-4, Joan E. DuBuque, J., entered October 29, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Dwyer and Spearman, JJ.

[No. 67201-1-I. Division One. February 19, 2013.]

TABITHA M. TUBBS, *Appellant*, v. THE ESTATE OF STEVEN L. VAIL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-2-00713-2, Steven J. Mura, J., entered April 22, 2011. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 67225-8-I. Division One. February 19, 2013.]

*In the Matter of the Marriage of* ROMULO Y. SARAUSAD, *Respondent*, and ROSA M. SARAUSAD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-3-02441-8, J. Robert Leach, J. Pro Tem., entered May 3, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Becker, J.